Liza M. Walsh
Hector D. Ruiz
Katelyn O'Reilly
WALSH PIZZI O'REILLY FALANGA LLP
One Riverfront Plaza
1037 Raymond Boulevard, 6th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100
Fax: (973) 757-1090

Tonia A. Sayour
COOPER & DUNHAM LLP
30 Rockefeller Plaza
New York, New York 10112
Tel.: (212) 278-0400
Fax: (212) 391-0525

*Attorneys for Plaintiff Telebrands Corp.*
*(additional counsel listed on signature page)*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TELEBRANDS CORP., | X<br>:<br>: |
| Plaintiff, | :   Civil Action No.<br>: |
| v. | :   **JURY TRIAL DEMANDED**<br>: |
| SEASONAL SPECIALTIES, LLC, | :<br>: |
| Defendant. | :<br>X |

## COMPLAINT

Plaintiff Telebrands Corp. ("Telebrands"), for its Complaint against Defendant Seasonal Specialties, LLC ("Seasonal Specialties"), alleges as follows:

## THE PARTIES

1.      Telebrands Corp. is a corporation organized and existing under the laws of the State

1

of New Jersey, having a place of business at 79 Two Bridges Road, Fairfield, New Jersey 07004.

2.     On information and belief, Defendant Seasonal Specialties is a corporation organized and existing under the laws of the State of Minnesota and having a principal place of business at 11455 Valley View Rd., Eden Prairie, MN 55344.

## NATURE OF CLAIMS, JURISDICTION AND VENUE

3.     This action arises under the Patent Laws of the United States (35 U.S.C. §1 *et seq.*).

4.     Jurisdiction of this Court is founded upon 28 U.S.C. §§ 1331, 1332, 1338(a) and (b), 2201, 2202 and 1400.

5.     On information and belief, Seasonal Specialties regularly transacts and/or solicits business within this Judicial District and has purposefully availed itself of the privilege of conducting business in this Judicial District.  Accordingly, this Court has personal jurisdiction over Seasonal Specialties.

6.     Venue is proper within this Judicial District under 28 U.S.C. §§ 1391(b) and (c) and 1400(b).

## BACKGROUND

7.     Telebrands is a direct marketing company and, since 1983, has been engaged in the business of marketing and selling a wide variety of consumer products in this Judicial District and elsewhere, principally through direct response advertising and through national retail stores. Telebrands is one of the recognized leaders in the direct response television marketing industry.

8.     Telebrands developed a novel and innovative line of decorative lighting products, which it markets and sells under the trademark STAR SHOWER®.  Telebrands introduced the original STAR SHOWER® product for the 2015-2016 holiday season, and it was an instant success.  In view of the original STAR SHOWER® product's success, Telebrands subsequently

introduced the STAR SHOWER MOTION™ product and the STAR SHOWER PATRIOT™ products. STAR SHOWER PATRIOT™ expanded on the original STAR SHOWER® by introducing new colored lights, and STAR SHOWER MOTION™ introduced the ability to move the points of light in patterns.

9. Telebrands' innovative STAR SHOWER® products provide a convenient and safe alternative to setting up string lights as decorative lighting for a house or other building. A user can simply plug in the STAR SHOWER® product to produce thousands of discrete points of lights (i.e., "stars") in a matter of seconds, thereby allowing the user to avoid the danger, hassles, and time of hanging and setting up strands of string lights on a house.

10. Telebrands has invested significant resources in the sale and marketing of the STAR SHOWER® line of products. Since its introduction, the STAR SHOWER® line of products has been successful. During the 2015-2016 holiday season, Telebrands sold several million units of the product. In view of the success of the STAR SHOWER® line of products, knock-off and imitation products have flooded the market.

11. Telebrands owns a family of patents that cover the many unique and innovative features and unique and distinctive ornamental designs of decorative lighting products. For example, one distinctive and unique, new, and non-obvious ornamental design is the subject of U.S. Design Patent No. D773,707 ("the D'707 Patent"), which was duly and legally issued on December 6, 2016. Telebrands is the assignee and the owner of all right, title, and interest in and to the D'707 Patent. A true and correct copy of the D'707 Patent is attached as Exhibit A. The D'707 Patent is valid and subsisting.

12. The STAR SHOWER® product is covered by a family of utility patents, including U.S. Patent No. 9,546,775 ("the '775 Patent"), entitled "Decorative Lighting Apparatus Having

Two Laser Light Sources," which was duly and legally issued on January 17, 2017.  Telebrands is

the assignee and the owner of all right, title, and interest in and to the '775 Patent.  A true and

correct copy of the '775 Patent is attached as Exhibit B.  The '775 Patent is valid and subsisting.

13.     The '775 Patent generally relates to a decorative lighting apparatus.  Representative

claim 1 of the '775 Patent recites:

> A laser light decorative lighting apparatus, comprising:
>        a first laser light source generating a first light;
>        a second laser light source generating a second light; and
>        a motion assembly including:
>                at least one articulating optical element disposed in a first path of
>        the first light being generated by the first laser light source and a second
>        path of the second light being generated by the second laser light source;
>        and
>                at least one motor coupled to the at least one articulating element
>        such that a movement generated by the motor drives the at least one
>        articulating optical element,
>        the motion assembly being configured such that the movement driving
> articulating optical element by the motor causes the first light and the second light
> to move across a surface onto which the first light and the second light are being
> projected in a predetermined pattern.

### Defendant's Acts Of Infringement

14.     On information and belief, without Telebrands' authorization, Seasonal Specialties

has made, used, sold, offered for sale throughout the United States and within this Judicial District

and/or imported into the United States infringing decorative lighting products under the name

LASER PROJECTOR and LASER PROJECTOR WITH MOTION ("Laser Motion Product")

(collectively, "the Infringing Products").  The Infringing Products have a design that is covered by

the D'707 Patent.

15.     On information and belief, Seasonal Specialties has sold and offered for sale its

Infringing Products for sale throughout the United States and within this Judicial District.  On

information and belief, Seasonal Specialties' Infringing Products have been sold by at least one

major retailer in stores throughout the United States, and on the Internet.

16.     The Infringing Products embody the invention of the '707 Patent, as shown in the comparison tables below.

| **'707 Patent** | **SEASONAL SPECIALTIES' LASER PROJECTOR** |
|---|---|
|  FIG. 1 |  |

| '707 Patent | SEASONAL SPECIALTIES' LASER PROJECTOR |
|---|---|
| FIG. 2 |  |
| FIG. 3 |  |

| '707 Patent | SEASONAL SPECIALTIES' LASER PROJECTOR |
|---|---|
|  FIG. 4 |  |
|  FIG. 5 |  |

| '707 Patent | SEASONAL SPECIALTIES' LASER PROJECTOR |
|:---:|:---:|
|  FIG. 6 |  |
|  FIG. 7 |  |

| '707 Patent | SEASONAL SPECIALTIES' LASER PROJECTOR WITH MOTION |
|---|---|
|  | |

FIG. 1

| **'707 Patent** | **SEASONAL SPECIALTIES' LASER PROJECTOR WITH MOTION** |
|---|---|
|  FIG. 2 |  |
|  FIG. 3 |  |

| '707 Patent | SEASONAL SPECIALTIES' LASER PROJECTOR WITH MOTION |
|---|---|
|  FIG. 4 |  |
|  FIG. 5 |  |

| '707 Patent | SEASONAL SPECIALTIES' LASER PROJECTOR WITH MOTION |
|---|---|



17.     The ornamental design of the relevant portions of Seasonal Specialties' Infringing Products have substantially the same design as the claimed design of the D'707 Patent.  As shown in the tables above, an ordinary observer would find that the ornamental design of Seasonal Specialties' Infringing Products is substantially the same as the claimed design of the D'707 Patent.

18.     On information and belief, Seasonal Specialties has sold and will be selling or offering for sale the Laser Motion Product to at least one major national retailer.  On information and belief, the Laser Motion Product has been, and will be offered for sale and sold by at least one major retailer in stores throughout the United States.

19.     The Laser Motion Product will infringe at least claim 1 of the '775 Patent if Seasonal Specialties continues to make, use, sell, or offer for sale the Laser Motion Product within the United States.  As recited in claim 1, Seasonal Specialties' Laser Motion Product includes, *inter alia*, first and second laser light sources, and a motion assembly.  The motion assembly includes an articulating element configured to secure an optical element in the path of the light generated by the first and second laser light sources and a motor coupled to the articulating element such that a movement generated by the motor is imparted to the optical element so that the light passing through the optical element is articulated as it is projected onto a surface.

20.     Seasonal Specialties' Infringing Products have directly competed with and, on information and belief, will continue to directly compete with Telebrands' STAR SHOWER® line of products.  On information and belief, Seasonal Specialties' infringement of the D'707 Patent and the '775 Patent is deliberate and intentional and with full knowledge of Telebrands' rights.

21.     On information and belief, Seasonal Specialties is offering for sale the Laser Motion Product to buyers at the same retail stores to whom Telebrands is offering its STAR

SHOWER® products, in direct competition with Telebrands.

22.     As a result of Seasonal Specialties' acts, there is a substantial controversy between parties having adverse legal interests, Telebrands and Seasonal Specialties, of sufficient immediacy and reality to warrant a declaratory judgment as to patent infringement

## COUNT 1

## PATENT INFRINGEMENT OF U.S. PAT. NO. D773,707

23.     Telebrands repeats and realleges the allegations set forth in paragraphs 1-22 above, as though fully set forth herein.

24.     This cause of action arises under Section 35 of the Patent Laws of the United States, 35 U.S.C. § 271.

25.     The D'707 Patent is valid and enforceable.

26.     By the acts alleged above, Seasonal Specialties has committed acts of infringement of the D'707 Patent by making, using, selling, offering for sale within the United States, and/or importing into the United States, products having a design that infringes directly or indirectly, the claim of the D'707 Patent without Telebrands' authorization or consent.

27.     On information and belief, Seasonal Specialties has contributed to the infringement of the D'707 Patent and/or actively induced others to infringe the D'707 Patent by encouraging, marketing, and promoting the use, manufacture, importation, offer for sale, and sale of the Infringing Products.

28.     Seasonal Specialties has been put on notice of the D'707 Patent at least as early as the filing of the Complaint in this Action.

29.     As a direct and proximate cause of Seasonal Specialties' direct and/or indirect infringement, as alleged above, Plaintiff has suffered damages.  Seasonal Specialties is liable to

Plaintiff for the amount of any such damages.

30.     Seasonal Specialties will, on information and belief, continue to infringe upon Telebrands' rights under § 271 of the Patent Act, unless and until it is enjoined by this Court. Telebrands has been and is likely to continue to be irreparably injured unless Seasonal Specialties is enjoined.  Telebrands has no adequate remedy at law.

## COUNT 2

## DECLARATORY JUDGMENT OF INFRINGEMENT OF U.S. PAT. NO. 9,546,775

31.     Telebrands repeats and realleges the allegations set forth in paragraphs 1-30 above, as though fully set forth herein.

32.     This cause of action arises under Section 35 of the Patent Laws of the United States, 35 U.S.C. § 271 and under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

33.     The '775 Patent is valid and enforceable.

34.     By the acts alleged above, Seasonal Specialties will commit acts of infringement of the '775 Patent by making, using, selling, offering for sale within the United States, and/or importing into the United States, the Laser Motion Product that infringes, directly or indirectly, one or more claims of the '775 Patent without Telebrands' authorization or consent.

35.     On information and belief, because Seasonal Specialties will be making, using, selling, or offering for sale within the United States and/or importing into the United States the Laser Motion Product, there is an actual and justiciable controversy between Telebrands and Seasonal Specialties regarding the '775 Patent.

36.     Telebrands is entitled to a declaration that the Laser Motion Product falls within the scope of at least one claim of the '775 patent, and, therefore, infringes the '775 patent. Telebrands has no adequate remedy at law.

15

37.     Seasonal Specialties will, on information and belief, continue to infringe upon Telebrands' rights under § 271 of the Patent Act, unless and until it is enjoined by this Court. Telebrands has been and is likely to continue to be irreparably injured unless Seasonal Specialties is enjoined.  Telebrands has no adequate remedy at law.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment:

a.     Entering judgment in Telebrands' favor and against Seasonal Specialties on all claims;

b.     Adjudging and decreeing that Seasonal Specialties has unlawfully infringed, contributorily infringed and/or induced infringement of the D'707 Patent;

c.     Declaring that Seasonal Specialties' Laser Motion Product unlawfully infringes the '775 Patent;

d.     Temporarily restraining, and preliminarily and permanently enjoining Seasonal Specialties, its officers, agents, servants, employees and attorneys and all those in active concert or participation with any of them:

1.  from infringing the D'707 Patent and the '775 Patent; and

2.  from making, using, importing, distributing, advertising, promoting, selling, or offering for sale the Infringing Products, or any colorable variation of the Infringing Products, or other decorative lighting product substantially similar to the design claimed in the D'707 Patent and/or infringing any claim of the '775 Patent.

e.     Requiring Seasonal Specialties to pay Telebrands any damages Telebrands has suffered arising out of and/or as a result of Seasonal Specialties' patent infringement, including

16

Telebrands' lost profits, Seasonal Specialties' profits, and/or reasonable royalties for Seasonal Specialties' patent infringement, and any other relief provided for in 35 U.S.C. §§ 284 and 289;

f.      Awarding Telebrands its reasonable attorneys' fees because of the exceptional nature of this case, pursuant to 35 U.S.C. § 285;

g.      Requiring Seasonal Specialties to pay to Telebrands enhanced damages due to the exceptional nature of this case; and

h.      Granting such other and further relief as this Court deems just and proper.

## JURY DEMAND

Plaintiff Telebrands Corp. requests a trial by jury in this matter.

Respectfully submitted,

Dated: May 11, 2017

By: *s/Liza M. Walsh*_____
Liza M. Walsh
Hector D. Ruiz
Katelyn O'Reilly
WALSH PIZZI O'REILLY FALANGA LLP
One Riverfront Plaza
1037 Raymond Blvd., Suite 600
Newark, New Jersey 07102
Tel.: (973) 757-1100
Fax: (973) 757-1090

Tonia A. Sayour
COOPER & DUNHAM LLP
30 Rockefeller Plaza
New York, New York 10112
Tel.: (212) 278-0400
Fax: (212) 391-0525
tsayour@cooperdunham.com

Robert T. Maldonado (to be admitted pro hac vice)
COOPER & DUNHAM LLP
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 278-0400
Fax: (212) 391-0525
rmaldonado@cooperdunham.com

*Attorneys for Plaintiff Telebrands Corp.*

## <u>CERTIFICATION PURSUANT TO L. CIV. R. 11.2</u>

Pursuant to Local Civil Rule 11.2, I hereby certify that the matter in controversy is related to the following action:

(1) The action filed on April 26, 2017 and pending in the United States District Court for the District of New Jersey: *Telebrands Corp. et al. v. Everstar Merchandise Co., Ltd.*, No. 2:17cv2878 (JLL)(JAD); and

(2) The action filed on May 11, 2017 and pending in the United States District Court for the District of New Jersey: *Telebrands Corp. v. 1byone Products (Delaware) Inc.*

Dated: May 11, 2017

Respectfully submitted,

By: *s/ Liza M. Walsh*
Liza M. Walsh
Hector D. Ruiz
Katelyn O'Reilly
WALSH PIZZI O'REILLY FALANGA LLP
One Riverfront Plaza
1037 Raymond Blvd., Suite 600
Newark, New Jersey 07102
Tel.: (973) 757-1100
Fax: (973) 757-1090

Tonia A. Sayour
COOPER & DUNHAM LLP
30 Rockefeller Plaza
New York, New York 10112
Tel.: (212) 278-0400
Fax: (212) 391-0525
tsayour@cooperdunham.com

Robert T. Maldonado (to be admitted *pro hac vice*)
COOPER & DUNHAM LLP
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 278-0400
Fax: (212) 391-0525
rmaldonado@cooperdunham.com

*Attorneys for Plaintiff Telebrands Corp.*

19

## LOCAL CIVIL RULE 201.1 CERTIFICATION

Pursuant to Local Civil Rule 201.1, Telebrands, through its attorneys, certifies that the above captioned matter is not subject to compulsory arbitration.

Respectfully submitted,

Dated: May 11, 2017

By: *s/ Liza M. Walsh*
Liza M. Walsh
Hector D. Ruiz
Katelyn O'Reilly
WALSH PIZZI O'REILLY FALANGA LLP
One Riverfront Plaza
1037 Raymond Blvd., Suite 600
Newark, New Jersey 07102
Tel.: (973) 757-1100
Fax: (973) 757-1090

Tonia A. Sayour
COOPER & DUNHAM LLP
30 Rockefeller Plaza
New York, New York 10112
Tel.: (212) 278-0400
Fax: (212) 391-0525
tsayour@cooperdunham.com

Robert T. Maldonado (to be admitted *pro hac vice*)
COOPER & DUNHAM LLP
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 278-0400
Fax: (212) 391-0525
rmaldonado@cooperdunham.com

*Attorneys for Plaintiff Telebrands Corp.*

# EXHIBIT A

US00D773707S

(12) **United States Design Patent**

Lentine

(10) Patent No.: **US D773,707 S**

(45) Date of Patent: ** **Dec. 6, 2016**

(54) **LANDSCAPE LIGHT**

(71) Applicant: **Lou Lentine**, Chattanooga, TN (US)

(72) Inventor: **Lou Lentine**, Chattanooga, TN (US)

(73) Assignee: **Telebrands Corp.**, Fairfield, NJ (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/507,757**

(22) Filed: **Oct. 30, 2014**

(51) **LOC (10) Cl.** ............................................... **26-03**

(52) **U.S. Cl.**
USPC ........................................................ **D26/63**

(58) **Field of Classification Search**
USPC ... D26/24, 60–66, 72, 85, 92, 113, 118, 119
CPC .......... F21V 21/14; F21V 15/01; F21V 14/02;
F21V 21/30; F21V 14/00; F21Y
2105/001; F21S 8/00
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,104,064 | A | 9/1963 | Bellek |
| D231,559 | S | 4/1974 | Darling |
| D233,778 | S | 11/1974 | Kennedy |
| D233,779 | S | 11/1974 | Kennedy |
| D234,710 | S | 4/1975 | Beeren |
| 4,114,112 | A | 9/1978 | Epstein |
| 4,307,528 | A | 12/1981 | Dewees |
| 4,458,124 | A | 7/1984 | Kroth |
| D278,215 | S | 4/1985 | Patterson |
| 4,557,055 | A | 12/1985 | Arai |
| D282,104 | S | 1/1986 | Taylor |
| 4,779,176 | A | 10/1988 | Bornhorst |
| 4,814,961 | A | 3/1989 | O'Brien |
| 5,036,447 | A | 7/1991 | Taylor |
| D323,406 | S | 1/1992 | Fisher |
| 5,086,379 | A | 2/1992 | Denison |

| | | | | |
|---|---|---|---|---|
| D328,147 | S | 7/1992 | Gecchelin | |
| D333,526 | S | 2/1993 | Taylor | |
| D333,529 | S | 2/1993 | Denison | |
| 5,280,417 | A | 1/1994 | Hall | |
| 5,367,349 | A | 11/1994 | Zeiler | |
| 5,398,180 | A | 3/1995 | Lee | |
| 5,459,539 | A | 10/1995 | Yamamoto | |
| D365,169 | S | 12/1995 | Fillipp | |
| D370,070 | S | * | 5/1996 | Kay ............................... D26/63 |
| 5,613,799 | A | 3/1997 | Guide | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 204141534 | 2/2015 |
| CN | 303234579 S | 6/2015 |

(Continued)

OTHER PUBLICATIONS

Laser Light, available at www.amazon.com, accessed on Nov. 13, 2015.

(Continued)

*Primary Examiner* — Brian N Vinson

(74) *Attorney, Agent, or Firm* — Cooper & Dunham, LLP

(57) **CLAIM**

The ornamental design for a landscape light, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view;
FIG. **2** is a front elevation view;
FIG. **3** is a rear elevation view;
FIG. **4** is a left side elevation view;
FIG. **5** is a right side elevation view;
FIG. **6** is a top view; and,
FIG. **7** is a bottom view.

**1 Claim, 5 Drawing Sheets**



## US D773,707 S
Page 2

(56)  **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,626,418 | A | 5/1997 | Angelis |
| D414,579 | S * | 9/1999 | Denison ........................ D26/63 |
| 5,971,545 | A | 10/1999 | Haitz |
| 6,000,813 | A | 12/1999 | Krietzman |
| 6,145,228 | A | 11/2000 | LaChance |
| D437,071 | S | 1/2001 | Andrus |
| D438,999 | S | 3/2001 | Bossy |
| 6,304,237 | B1 | 10/2001 | Karakawa |
| D482,476 | S | 11/2003 | Kwong |
| 6,722,771 | B1 | 4/2004 | Stephens |
| 6,874,893 | B2 | 4/2005 | Park |
| D506,282 | S | 6/2005 | Benghozi |
| D506,283 | S | 6/2005 | Benghozi |
| D541,966 | S | 5/2007 | Benghozi |
| D550,877 | S | 9/2007 | Mullen |
| D551,789 | S | 9/2007 | Mullen |
| 7,369,584 | B2 | 5/2008 | Goldman |
| D574,532 | S * | 8/2008 | Lee ................................ D26/63 |
| D577,453 | S | 9/2008 | Metlen |
| D589,191 | S | 3/2009 | Sabernig |
| D604,882 | S | 11/2009 | Mier-Langner |
| RE41,050 | E | 12/2009 | Panasewicz |
| D605,325 | S | 12/2009 | Sanoner |
| 7,641,345 | B2 | 1/2010 | Johnson |
| D616,586 | S | 5/2010 | Sabernig |
| D619,289 | S | 7/2010 | You |
| D619,290 | S | 7/2010 | You |
| D625,871 | S | 10/2010 | Huang |
| 7,832,918 | B2 | 11/2010 | Chien |
| D632,414 | S | 2/2011 | Croce |
| 8,003,886 | B1 | 8/2011 | Rintz |
| D649,671 | S | 11/2011 | Ferro |
| 8,057,045 | B2 | 11/2011 | Johnson |
| 8,100,537 | B2 | 1/2012 | Johnson |
| 8,100,538 | B2 | 1/2012 | Kuroda |
| D659,871 | S * | 5/2012 | Lee ................................ D26/63 |
| D667,981 | S * | 9/2012 | Connolly .................... D26/63 |
| 8,297,825 | B2 | 10/2012 | Onishi |
| 8,303,129 | B1 | 11/2012 | Thielen |
| 8,366,292 | B2 | 2/2013 | McDermott |
| 8,376,574 | B2 | 2/2013 | Spartano |
| 8,436,553 | B2 | 5/2013 | Zampini |
| 8,480,233 | B2 | 7/2013 | Smith |
| 8,693,513 | B2 | 4/2014 | Achtenhagen |
| 8,721,160 | B2 | 5/2014 | Chien |
| D723,726 | S * | 3/2015 | Reed ............................ D26/63 |
| D738,023 | S * | 9/2015 | Rosello Gratacos .......... D26/63 |
| 2002/0101571 | A1 | 8/2002 | Panasewicz |
| 2003/0189825 | A1 | 10/2003 | Tauch |
| 2004/0119951 | A1 | 6/2004 | Vitantonio |
| 2005/0024863 | A1 | 2/2005 | Phipps |
| 2006/0158138 | A1 | 7/2006 | Walter |
| 2006/0198153 | A1 | 9/2006 | Chien |
| 2007/0064290 | A1 | 3/2007 | Hochenbleicher |
| 2008/0316732 | A1 | 12/2008 | Blake |
| 2009/0122564 | A1 | 5/2009 | Beadle |
| 2009/0168026 | A1 | 7/2009 | Chen |
| 2010/0053969 | A1 | 3/2010 | Weinheimer |
| 2014/0036487 | A1 | 8/2012 | Adams |
| 2013/0088723 | A1 | 4/2013 | Feldhun |
| 2013/0257297 | A1 | 10/2013 | Schmidt |
| 2015/0035437 | A1 | 2/2015 | Panopoulos |
| 2015/0159842 | A1 | 6/2015 | Zhang |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 204629169 U | 9/2015 |
| EP | 1 024 399 | 2/2000 |
| WO | WO 2015/094009 | 6/2015 |
| WO | WO 2015/143450 | 9/2015 |
| WO | WO 2015/149877 | 10/2015 |

### OTHER PUBLICATIONS

Night Stars, available at www.amazon.com, accessed Nov. 13, 2015.

Poeland Garden Laser Landscape, available at www.amazon.com, accessed Nov. 13, 2015.

Remote Controllable RGB Laser, available at www.amazon.com, accessed Nov. 13, 2015.

Newest Garden Tree and Outdoor Wall Decoration Laser, available at www.amazon.com, accessed Nov. 13, 2015.

Pepnice Red and Green Firefly Laser Light, available at www. amazon.com, accessed Nov. 13, 2015.

KLAREN Color Laser Light Projector, available at www.amazon. com, accessed Nov. 13, 2015.

Garden Tree and Outdoor Wall Decoration Laser Lights for Holiday Lighting, available at www.amazon.com, accessed Nov. 13, 2015.

Green and Red Light Garden Tree and Outdoor Wall Decoration Laser Lights, available at www.amazon.com, accessed Nov. 13, 2015.

Moving RED and Green 2 Color Laser Landscape Projector Light w/ Remote, available at www.amazon.com, accessed Nov. 13, 2015.

SeresRoad Outdoor Waterproof Star Projector, Landscape Projector, available at www.amazon.com, accessed on Nov. 13, 2015.

Us-vision AGO-20RG Modern Outdoor/ Indoor 20 Patterns Gobos Rg Laser Projector, available at www.amazon.com, accessed Nov. 13, 2015.

Sminiker Outdoor Laser Light Sparkle Magic Lights Landscape Light Holiday Light, available at www.amazon.com, accessed Nov. 13, 2015.

Us-vision Outdoor Holiday Waterproof Green Laser Lighting Show, available at www.amazon.com, accessed Nov. 13, 2015.

Improvements All-metal 4-in-1 Projection Light with Remote, available at www.amazon.com, accessed Nov. 13, 2015.

KLAREN Color Laser Light Projector—Improvements, available at www.amazon.com, accessed Nov. 13, 2015.

Light Flurries, available at www.lightflurries.com, accessed Mar. 17, 2016.

Outdoor Indoor Spright Smart Firefly Light with Timer Green, available at www.amazon.com, accessed May 2, 2016.

Blisslights Spright Spring Smart Outdoor Indoor Firefly Light Projector with Timer, available at www.amazon.com, accessed May 2, 2016.

Mr. Christmas Super Green Laser Light Show, available at www. amazon.com, accessed May 2, 2016.

BlissLights Motion Laser, available at www.amazon.com, accessed May 2, 2016.

Color Laser Lights Instructions, published 2014.

BlissLights Spright Smart User Guide, published 2014.

International Search Report PCT/US2016/021347, published May 17, 2016.

Written Opinion of International Search Authority PCT/US2016/021347, published May 17, 2016.

International Search Report PCT/US2016/021338, published May 16, 2016.

Written Opinion of International Search Authority PCT/US2016/021338, published May 16, 2016.

International Search Report PCT/US2016/021354, published Jun. 30, 2016.

Written Opinion of International Search Authority PCT/US2016/021354, published Jun. 30, 2016.

\* cited by examiner



*FIG. 1*



FIG. 2          FIG. 3



*FIG. 4*



*FIG. 5*



*FIG. 6*



*FIG. 7*

# EXHIBIT B

US009546775B1

## (12) United States Patent
### Khubani et al.

(10) Patent No.: **US 9,546,775 B1**
(45) Date of Patent: **\*Jan. 17, 2017**

(54) **DECORATIVE LIGHTING APPARATUS HAVING TWO LASER LIGHT SOURCES**

(71) Applicant: **Telebrands Corp.**, Fairfield, NJ (US)

(72) Inventors: **Ajit Khubani**, Saddle River, NJ (US); **Yun Pan**, Shenzen (CN)

(73) Assignee: **Telebrands Corp.**, Fairfield, NJ (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/001,942**

(22) Filed: **Jan. 20, 2016**

### Related U.S. Application Data

(63) Continuation-in-part of application No. 14/976,202, filed on Dec. 21, 2015, now Pat. No. 9,458,994, which is a continuation-in-part of application No. 14/958,667, filed on Dec. 3, 2015, and a continuation-in-part of application No. 14/958,657, filed on Dec. 3, 2015.

(51) **Int. Cl.**

| | |
|---|---|
| **F21V 9/00** | (2015.01) |
| **F21V 14/00** | (2006.01) |
| F21Y 101/02 | (2006.01) |
| F21Y 113/00 | (2016.01) |

(52) **U.S. Cl.**
CPC .......... **F21V 14/00** (2013.01); *F21Y 2101/025* (2013.01); *F21Y 2113/005* (2013.01)

(58) **Field of Classification Search**
CPC ............... F21V 14/00; F21Y 2101/025; F21Y 2113/005

USPC ......................................................... 362/231
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,104,064 A | | 9/1963 | Bellek |
| D231,559 S | | 4/1974 | Darling |
| D233,778 S | | 11/1974 | Kennedy |
| D233,779 S | | 11/1974 | Kennedy |
| (Continued) | | | |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 204141534 | 2/2015 |
| CN | 204141534 U | 2/2015 |
| (Continued) | | |

#### OTHER PUBLICATIONS

SeresRoad Outdoor Waterproof Star Projector, Landscape Projector, available at www.amazon.com, accessed on Nov. 13, 2015.

(Continued)

*Primary Examiner* — Andrew Coughlin
*Assistant Examiner* — Hana Featherly
(74) *Attorney, Agent, or Firm* — Cooper & Dunham, LLP

(57) **ABSTRACT**

A laser light decorative lighting apparatus. The laser light decorative lighting apparatus including a laser light source generating a light and a motion assembly. The motion assembly including an articulating optical element disposed in a path of the light being generated by the laser light source and a motor coupled to the articulating optical element such that a movement generated by the motor drives the articulating optical element. The motion assembly being configured such that the movement driving the articulating optical element by the motor causes the light to move across a surface onto which the light is being projected in a pattern.

**25 Claims, 10 Drawing Sheets**



**US 9,546,775 B1**

Page 2

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D234,710 | S | 4/1975 | Beeren |
| 4,114,112 | A | 9/1978 | Epstein |
| 4,307,528 | A | 12/1981 | Dewees |
| 4,458,124 | A | 7/1984 | Kroth |
| D278,215 | S | 4/1985 | Patterson |
| 4,557,055 | A | 12/1985 | Arai |
| D282,104 | S | 1/1986 | Taylor |
| 4,779,176 | A | 10/1988 | Bornhorst |
| 4,814,961 | A | 3/1989 | O'Brien |
| 5,036,447 | A | 7/1991 | Taylor |
| D323,406 | S | 1/1992 | Fisher |
| 5,086,379 | A | 2/1992 | Denison |
| D328,147 | S | 7/1992 | Gecchelin |
| D333,526 | S | 2/1993 | Taylor |
| D333,529 | S | 2/1993 | Denison |
| 5,280,417 | A | 1/1994 | Hall |
| 5,367,349 | A | 11/1994 | Zeiler |
| 5,398,180 | A | 3/1995 | Lee |
| 5,459,539 | A | 10/1995 | Yamamoto |
| D365,169 | S | 12/1995 | Fillipp |
| D370,070 | S | 5/1996 | Kay |
| 5,613,799 | A | 3/1997 | Guide |
| 5,626,418 | A | 5/1997 | Angelis |
| D414,579 | S | 9/1999 | Denison |
| 5,971,545 | A | 10/1999 | Haitz |
| 6,000,813 | A | 12/1999 | Krietzman |
| 6,145,228 | A | 11/2000 | LaChance |
| D437,071 | S | 1/2001 | Andrus |
| D438,999 | S | 3/2001 | Bossy |
| 6,304,237 | B1 | 10/2001 | Karakawa |
| D482,476 | S | 11/2003 | Kwong |
| 6,722,771 | B1 | 4/2004 | Stephens |
| 6,874,893 | B2 | 4/2005 | Park |
| D506,282 | S | 6/2005 | Benghozi |
| D506,283 | S | 6/2005 | Benghozi |
| D541,966 | S | 5/2007 | Benghozi |
| D550,877 | S | 9/2007 | Mullen |
| D551,789 | S | 9/2007 | Mullen |
| 7,369,584 | B2 | 5/2008 | Goldman |
| D574,532 | S | 8/2008 | Lee |
| D577,453 | S | 9/2008 | Metlen |
| D589,191 | S | 3/2009 | Sabernig |
| D604,882 | S | 11/2009 | Mier-Langner |
| RE41,050 | E | 12/2009 | Panasewicz |
| D605,325 | S | 12/2009 | Sanoner |
| 7,641,345 | B2 | 1/2010 | Johnson |
| D616,586 | S | 5/2010 | Sabernig |
| D619,289 | S | 7/2010 | You |
| D619,290 | S | 7/2010 | You |
| D625,871 | S | 10/2010 | Huang |
| 7,832,918 | B2 | 11/2010 | Chien |
| D632,414 | S | 2/2011 | Croce |
| 8,003,886 | B1 | 8/2011 | Rintz |
| D649,671 | S | 11/2011 | Ferro |
| 8,057,045 | B2 | 11/2011 | Johnson |
| 8,100,537 | B2 | 1/2012 | Johnson |
| 8,100,538 | B2 | 1/2012 | Kuroda |
| D659,871 | S | 5/2012 | Lee |
| D667,981 | S | 9/2012 | Connolly |
| 8,297,825 | B2 | 10/2012 | Onishi |
| 8,303,129 | B1 | 11/2012 | Thielen |
| 8,366,292 | B2 | 2/2013 | McDermott |
| 8,376,574 | B2 | 2/2013 | Spartano |
| 8,436,553 | B2 | 5/2013 | Zampini |
| 8,480,233 | B2 | 7/2013 | Smith |
| 8,693,513 | B2 | 4/2014 | Achtenhagen |
| 8,721,160 | B2 | 5/2014 | Chien |
| D723,726 | S | 3/2015 | Reed |
| D738,023 | S | 9/2015 | Rosello Gratacos |
| 2002/0101571 | A1 | 8/2002 | Panasewicz |
| 2003/0189825 | A1 | 10/2003 | Tauch |
| 2004/0119951 | A1 | 6/2004 | Vitantonio |
| 2005/0024863 | A1 | 2/2005 | Phipps |
| 2006/0158138 | A1 | 7/2006 | Walter |
| 2006/0198153 | A1 | 9/2006 | Chien |

| | | | | |
|---|---|---|---|---|
| 2007/0064290 | A1 | 3/2007 | Hochenbleicher | |
| 2008/0316732 | A1 | 12/2008 | Blake | |
| 2009/0122564 | A1 | 5/2009 | Beadle | |
| 2009/0168026 | A1* | 7/2009 | Chen | G03B 21/60 |
| | | | | 353/20 |
| 2010/0053969 | A1 | 3/2010 | Weinheimer | |
| 2013/0088152 | A1 | 4/2013 | Hagen | |
| 2013/0088723 | A1* | 4/2013 | Feldkhun | G01B 9/02082 |
| | | | | 356/498 |
| 2013/0257297 | A1 | 10/2013 | Schmidt | |
| 2014/0036487 | A1 | 2/2014 | Adams | |
| 2015/0035437 | A1 | 2/2015 | Panopoulos | |
| 2015/0159842 | A1 | 6/2015 | Zhang | |
| 2015/0260385 | A1 | 9/2015 | Brynjolfsson | |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 303234579 | S | 6/2015 |
| CN | 204629169 | U | 9/2015 |
| EP | 1 024 399 | | 2/2000 |
| WO | WO 2015/094009 | | 6/2015 |
| WO | WO 2015/143450 | | 9/2015 |
| WO | WO 2015/149877 | | 10/2015 |

OTHER PUBLICATIONS

Us-vision AGO-20RG Modern Outdoor/ Indoor 20 Patterns Gobos Rg Laser Projector, available at www.amazon.com, accessed Nov. 13, 2015.

Sminiker Outdoor Laser Light Sparkle Magic Lights Landscape Light Holiday Light, available at www.amazon.com, accessed Nov. 13, 2015.

Us-vision Outdoor Holiday Waterproof Green Laser Lighting Show, available at www.amazon.com, accessed Nov. 13, 2015.

Improvements All-metal 4-in-1 Projection Light with Remote, available at www.amazon.com, accessed Nov. 13, 2015.

KLAREN Color Laser Light Projector—Improvements, available at www.amazon.com, accessed Nov. 13, 2015.

Light Flurries, available at www.lightflurries.com, accessed Mar. 17, 2016.

Mr. Christmas Super Green Laser Light Show, available at www. amazon.com, accessed May 2, 2016.

BlissLights Motion Laser, available at www.amazon.com, accessed May 2, 2016.

Color Laser Lights Instructions, published 2014.

BlissLights Spright Smart User Guide, published 2014.

Blisslights Spright Spring Smart Outdoor Indoor Firefly Light Projector with Timer, available at www.amazon.com, accessed May 2, 2016.

Outdoor Indoor Spright Smart Firefly Light with Timer Green, available at www.amazon.com, accessed May 2, 2016.

International Search Report PCT/US2016/021347, published May 17, 2016.

Written Opinion of International Search Authority PCT/US2016/021347, published May 17, 2016.

International Search Report PCT/US2016/021338, published May 16, 2016.

Written Opinion of International Search Authority PCT/US2016/021338, published May 16, 2016.

International Search Report PCT/US2016/021354, published Jun. 30, 2016.

Written Opinion of International Search Authority PCT/US2016/021354, published Jun. 30, 2016.

Laser Light, available at www.amazon.com, accessed on Nov. 13, 2015.

Night Stars, available at www.amazon.com, accessed Nov. 13, 2015.

Poeland Garden Laser Landscape, available at www.amazon.com, accessed Nov. 13, 2015.

Remote Controllable RGB Laser, available at www.amazon.com, accessed Nov. 13, 2015.

Newest Garden Tree and Outdoor Wall Decoration Laser, available at www.amazon.com, accessed Nov. 13, 2015.

**US 9,546,775 B1**

Page 3

(56)                    **References Cited**

OTHER PUBLICATIONS

Pepnice Red and Green Firefly Laser Light, available at www.amazon.com, accessed Nov. 13, 2015.
KLAREN Color Laser Light Projector, available at www.amazon.com, accessed Nov. 13, 2015.
Garden Tree and Outdoor Wall Decoration Laser Lights for Holiday Lighting, available at www.amazon.com, accessed Nov. 13, 2015.
Green and Red Light Garden Tree and Outdoor Wall Decoration Laser Lights, available at www.amazon.com, accessed Nov. 13, 2015.
Moving RED and Green 2 Color Laser Landscape Projector Light w/ Remote, available at www.amazon.com, accessed Nov. 13, 2015.
Examination Report of Application No. 2016101293 by IP Australia, issued Oct. 20, 2016.
Laser Christmas Lights & Outdoor Laser Lights, published Oct. 6, 2015, available at http://web.archive.org/web/20151006140058/http://www.laserchristmaslights.com.
Examination Report of Application No. 2016101295 by IP Australia, issued Oct. 20, 2016.

* cited by examiner



FIG. 1



FIG. 2



Figure 3A



Figure 3B



Figure 3C



Figure 4



Figure 5A



Figure 5B



Figure 6A

Dots Quantity: 800    690
Beam Angle: > 90°
Texture: Polymers
Area: 50mm X 50mm
Evenness: 90%



Figure 6B



109

109a

109b

108

Figure 7

US 9,546,775 B1

1

## DECORATIVE LIGHTING APPARATUS HAVING TWO LASER LIGHT SOURCES

### CROSS-REFERENCE TO PRIOR APPLICATIONS

This application is a continuation-in-part application of U.S. application Ser. No. 14/976,202, filed on Dec. 21, 2015, which is a continuation-in-part application of U.S. application Ser. No. 14/958,657, filed on Dec. 3, 2015 and U.S. application Ser. No. 14/958,667, filed on Dec. 3, 2015. All the applications are hereby incorporated by reference herein in their entireties.

### FIELD

The present invention generally relates to a decorative lighting apparatus. Specifically, embodiments of the present invention relate to a decorative laser light apparatus.

### BACKGROUND

Lighting is often used in a decorative manner. For example, many people decorate homes, offices, stores, outdoor spaces, etc. with various lighting to achieve certain effects, designs, atmospheres, festive moods, etc. Although decorative lighting may be used at any time of the year, many people utilize decorative lighting during certain holidays.

There are many types of decorative lighting. For example, string lights, character lights, and laser lights are just a few of the various forms of decorative lighting. However, existing laser lights having numerous shortcomings in their design and functionality. For example, switch mechanisms used to control the operation of many laser lights are typically limited in their functionality and are often disposed in inconvenient locations. This can make accessing the switch and operating the decorative light difficult, especially when the light is positioned for use. Additionally, although the lasers used in the decorative lights can be dangerous, many decorative laser lights use unreliable adhesives and tapes that a prone to failure to affix lenses that scatter the light emitted by lasers.

### SUMMARY

Embodiments of the present invention can provide a laser light decorative lighting apparatus. The laser light decorative lighting apparatus can include a laser light source generating a light and a motion assembly. The motion assembly can include an articulating optical element disposed in a path of the light being generated by the laser light source and a motor coupled to the articulating element such that a movement generated by the motor can drive the articulating optical element. The motion assembly may be configured such that the movement driving the articulating optical element by the motor causes the light to move across a surface onto which the light is being projected in a pattern.

Further, on the surface onto which the light is projected, the pattern includes an exploding firework pattern. According to certain aspects, on the surface onto which the light is projected, the pattern includes the light coming together to a common point and separating into a plurality of discrete points of light.

The laser light decorative lighting apparatus can further include a second laser light source generating a second light, and the motion assembly can include a second articulating

2

optical element disposed in a path of the second light being generated by the second laser light source and the movement generated by the motor can drive the second articulating optical element, and the motion assembly is configured such that the movement driving the second articulating optical element by the motor causes the second light to move across a surface onto which the light is being projected in a second pattern. Further, on the surface onto which the light is projected, the second pattern can include an exploding firework pattern. According to certain aspects, on the surface onto which the light is projected, the second pattern can include the light coming together to a common point and separating into a plurality of discrete points of light.

A color of the light and a second color of the second light can be different, and the light can include a red light and the second light can include a green light. Additionally, the articulating optical element can include a diffracting element.

Another embodiment of the present invention can provide a laser light decorative lighting apparatus. The laser light decorative lighting apparatus can include a first laser light source generating a first light, a second laser light source generating a second light, and a motion assembly. The motion assembly can include at least one articulating optical element disposed in a first path of the first light being generated by the first laser light source and a second path of the second light being generated by the second laser light source and at least one motor coupled to the at least one articulating element such that a movement generated by the motor drives the at least one articulating optical element. Further, the motion assembly can be configured such that the movement driving the articulating optical element by the motor causes the first light and the second light to move across a surface onto which the first light and the second light are being projected in a pattern.

Further, on the surface onto which the light is projected, the pattern can include an exploding firework pattern. Additionally, on the surface onto which the light is projected, the pattern can include the first light coming together to a common point and separating into a plurality of discrete points of light and the second light coming together to a common point and separating into a plurality of discrete points of light.

According to certain aspects, a color of the light and a second color of the second light may be different, and the first light may include a red light and the second light may include a green light. Additionally, the articulating optical element may include a diffracting element.

### BRIEF DESCRIPTION OF THE DRAWINGS

The features and advantages of the present invention can be more readily understood from the following detailed description with reference to the accompanying drawings, wherein:

FIG. **1** is a front perspective of an exemplary decorative lighting apparatus according to an embodiment of the present invention;

FIG. **2** is a rear perspective of an exemplary decorative lighting apparatus according to an embodiment of the present invention;

FIG. **3A** is a front view of an exemplary decorative lighting apparatus according to an embodiment of the present invention;

FIG. **3B** is a front view of an exemplary decorative lighting apparatus according to an embodiment of the present invention;

US 9,546,775 B1

3

FIG. **3C** is a front view of an exemplary decorative lighting apparatus according to an embodiment of the present invention;

FIG. **4** is a top view of an exemplary decorative lighting apparatus according to an embodiment of the present invention;

FIG. **5A** is a side view of an exemplary decorative lighting apparatus according to an embodiment of the present invention;

FIG. **5B** is an exploded view of an exemplary motion assembly according to an embodiment of the present invention;

FIG. **6A** is an exploded view of an exemplary attenuation assembly according to an embodiment of the present invention;

FIG. **6B** is an exemplary attenuator scatter pattern according to an embodiment of the present invention; and

FIG. **7** is an exemplary weather-proofing element according to an embodiment of the present invention.

DETAILED DESCRIPTION

Embodiments of the present invention generally relate to a decorative lighting apparatus. Specifically, certain exemplary embodiments of the present invention provide various new and novel features for a decorative lighting apparatus, such as a decorative laser lighting apparatus. Although the embodiments of the present invention are primarily described with respect to a decorative laser lighting apparatus, it is not limited thereto, and it should be noted that the exemplary apparatus and systems described herein may be used in connection with any decorative lighting apparatus.

In accordance with embodiments of the present invention, FIG. **1** shows a perspective view of an exemplary decorative lighting apparatus **100**. As shown in FIG. **1**, decorative lighting apparatus **100** may include body **102**, mounting element **104**, one or more light sources **106**, switch **108**, and light sensor **116**. According to one embodiment, in operation, decorative lighting apparatus **100** is positioned via mounting element **104** and is coupled to a power source. A user can then actuate switch **108** to control the operation of decorative lighting apparatus **100**. When decorative lighting apparatus **100** is turned on via switch **108**, light sources **106** are activated to produce light, and decorative lighting apparatus **100** thereby emits and projects the light generated by light sources **106** onto a target, such as a wall of a house or other structure. According to certain embodiments of the present invention, the light generated by light sources **106** passes through a light attenuator to attenuate the light being emitted and projected by decorative lighting apparatus **100**.

According to embodiments of the present invention, decorative lighting apparatus **100** can generate any combination of colored light depending on the light source(s) **106** employed by decorative lighting apparatus **100**. For example, light source(s) **106** may include one or more light sources all producing the same color light (e.g., green) so that decorative lighting apparatus **100** only emits and projects one color light. Alternatively, light source(s) **106** may include multiple light sources capable of producing lights of various colors so that decorative lighting apparatus **100** can generate multiple different colored lights (e.g., red light and green light). Although the embodiments of the present invention are primarily described with respect to a decorative laser lighting apparatus generating two different colored lights (i.e., red light and green light), it is not limited thereto, and it should be noted that the exemplary apparatus and

4

systems described herein may generate any combination of any number of different colored lights.

As shown in FIG. **1**, body **102** may be cylindrical in shape and preferably houses the mechanical and electrical components of decorative lighting apparatus **100**. For example, body **102** may include housing **112**, light source(s) **106**, light cover **110**, switch **108**, switch visual indicator **114**, and light sensor **116**. Inside housing **112**, body **102** may house electronic circuitry (not shown) that enables the electrical operation of decorative lighting apparatus **100**, as well as various mechanical components (not shown) that facilitate the design and operation of decorative lighting apparatus **100**. According to certain embodiments of the present invention, as shown in FIG. **5A**, decorative lighting apparatus **100** may also include a motion switch **118** to control a motion, modulation, or articulation of light source(s) **106**.

As shown in FIGS. **1** and **2**, body **102** may be coupled to pivoting arm **105** via a coupling element **116**. According to certain embodiments of the present invention, coupling element **116** may include a nut and a hand screw, as shown in FIG. **2**. For example, projection **103** of body **102** may include a nut disposed within a recess which may prevent the nut from rotating, and pivoting arm **105** may include an opening through which the hand screw may pass. To secure pivoting arm **105** to body **102**, the hand screw can pass through the opening in pivoting arm **105** and engage the nut disposed in projection **103** of body **102**. Further, coupling element **116** may also allow body **102** to be rotatably adjusted relative to pivoting arm **105**. For example, the surfaces of projection **103** and pivoting arm **105** which contact each other may be toothed or geared so that body **102** can be rotatably adjusted relative to pivoting arm **105** in discrete positions. Alternatively, the contacting surfaces can be smooth such that body **102** can be rotatably adjusted relative to pivoting arm **105** through a full range of motion. In operation, when the hand screw and the nut of coupling element **116** are not fully tightened, body **102** can be rotatably adjusted relative to pivoting arm **105** so that the angle at which the light is projected can be adjusted. After body **102** is positioned in a desired angle relative to pivoting arm **105**, the hand screw of coupling element **116** can be tightened so that body **102** is substantially fixed relative to pivoting arm **105**. Although coupling element **116** is shown as a screw and a nut, coupling element **116** can include any mechanism by which the angle of body **102** can be adjusted and fixed relative to pivoting arm **105**, such as a hinge, or the like. According to certain embodiments of the present invention, body **102** is rotatably adjustable relative to pivoting arm **105** via a single pivoting point.

As shown in FIGS. **1** and **2**, to facilitate positioning of decorative lighting apparatus **100** in a desired location and position, mounting element **104** is coupled to pivoting arm **105**. According to certain embodiments, mounting element **104** and pivoting arm **105** can include complementary threads configured to engage each other to couple mounting element **104** and pivoting arm **105**, allowing mounting element **104** and pivoting arm **105** to be screwed together. Alternatively, mounting element **104** and pivoting arm **105** can be coupled via any coupling engagement, such as a locking nut, an engaging projection and recess, etc. As shown in FIG. **1**, according to certain embodiments of the present invention, mounting element **104** may include a ground stake. This can enable decorative lighting apparatus **100** to be positioned outside by positioning and securing decorative lighting apparatus **100** in a material such as soil, grass, dirt, etc. by inserting the mounting element **104** into such material. Although mounting element **104** is shown as

US 9,546,775 B1

5

a ground stake in FIG. 1, alternatively, mounting element 104 can be any mechanism that facilitates positioning decorative lighting apparatus 100. For example, mounting element 104 may include a bracket, a clip, a platform, or any other mechanism by which decorative lighting apparatus 100 may be located and/or positioned in a desired location.

As noted above, the operation of decorative lighting apparatus 100 can be controlled using switch 108. Although switch 108 is shown as a button, switch 108 can be any type of switch that can control the operation of decorative lighting apparatus 100, such as, e.g., a rocker switch, a toggle switch, a dimmer switch, a rotating switch, and the like. Preferably, switch 108 is disposed on a top portion of body 102 to facilitate easy access to the switch by a user. For example, if decorative lighting apparatus 100 is placed outdoors in a discreet location, such as behind bushes or some other structure, locating switch 108 on a top portion of body 102 enables a user to easily access switch 108 and operate decorative lighting apparatus 100. According to one embodiment, switch 108 may include weather-proofing elements to protect switch 108, as well as other internal components of decorative lighting apparatus 100, from the exterior environment, including weather. For example, weather-proofing elements for switch 108 may include rubber, plastic, and/or other sealing elements to make it substantially waterproof, water-repellant, dirt-proof, and the like. As shown in FIG. 7, according to one embodiment, waterproofing switch 108 may include a rubber or plastic cover 109 that can be disposed over switch 108. For example, switch 108 can be received within cover 109 to protect switch 108 from water and other environmental elements. Cover 109 may include a main body 109a, within which switch 108 may be received, and an extension 109b. Extension 109b may be sealed on an interior surface of housing 112 to prevent water and other environmental elements from penetrating within the interior of housing 112, thereby protecting switch 108 and the interior of housing 112 from water and other environmental elements.

As shown in FIG. 3A, according to certain embodiments of the present invention, switch 108 may include a rocker switch having switch portions 108a and 108b. As shown in FIGS. 3A, 3B, and 3C, switch 108 may include three positions and may be articulated between the various positions by pressing on switch portion 108a or 108b to articulate the switch in the directions depicted by arrows A and B.

According to certain embodiments of the present invention, FIG. 3A shows switch 108 in an OFF position. In this OFF position, neither switch portion 108a nor 108b is depressed, and light sources 106 are in an off condition (i.e., not generating light) and decorative lighting apparatus 100 is therefore not emitting or projecting any light. In the OFF position, either switch portion 108a or 108b can be pressed in the directions depicted by arrows A and B, respectively, to articulate switch 108 into one of two ON positions.

FIG. 3B shows switch 108 in a first ON position. In the position shown in FIG. 3B, switch 108 may have been articulated from the OFF position shown in FIG. 3A in the direction shown by the arrows. Specifically, the movement of switch portion 108b is shown by arrow A and the movement of switch portion 108a is shown by arrow B. For example, from the OFF position shown in FIG. 3A, switch portion 108b may have been pressed to articulate switch 108 from the OFF position to this first ON position as shown in FIG. 3B. According to certain embodiments of the present disclosure, in this first ON position, decorative lighting apparatus 100 may be operating in a first operating mode. For example, in an embodiment where light sources 106

6

produce red light and green light, this first ON position of switch 108 may correspond to an operation of decorative lighting apparatus 100 where light sources 106 producing both red light and green light are turned on so that decorative lighting apparatus 100 emits and projects both red light and green light.

FIG. 3C shows switch 108 in a second ON position. In the position shown in FIG. 3C, switch 108 may have been articulated from the OFF position in the direction shown by the arrows. Specifically, the movement of switch portion 108b is shown by arrow A and the movement of switch portion 108a is shown by arrow B. For example, from the OFF position shown in FIG. 3A, switch portion 108a may have been pressed to articulate switch 108 from the OFF position to this second ON position as shown in FIG. 3C. According to certain embodiments of the present disclosure, in this second ON position, decorative lighting apparatus 100 may be operating in a second operating mode. For example, in an embodiment where light sources 106 produce red light and green light, this second ON position of switch 108 may correspond to an operation of decorative lighting apparatus 100 where only the light sources 106 which only produce green light are turned on so that decorative lighting apparatus 100 emits and projects only green light.

FIG. 4 shows a top view of decorative lighting apparatus 100, including a view of body 102, switch 108, and switch visual indicator 114. As shown in FIG. 4, according to certain embodiments of the present invention, switch visual indicator 114 may include portions 114a, 114b, and 114c. Portions 114a, 114b, and 114c can include visual indicators that correlate the position of switch 108 to the operating modes of decorative lighting apparatus 100. For example, portion 114b may include a green color and portion 114c may include a red color. These colors may correspond to the first operating mode described with respect to FIG. 3B, where decorative lighting apparatus 100 emits and projects both green light and red light. Accordingly, articulating switch 108 toward the side of visual indicator 114 which includes green portion 114b and red portion 114c can activate the light sources 106 which produce green light and red light. Thus, articulating switch 108 in this direction would turn decorative lighting apparatus 100 on to emit and project both red light and green light. Further, portion 114a may include only a green portion and may correspond to the second operating mode of decorative lighting apparatus 100 described above with respect to FIG. 3C. Similarly, articulating switch 108 towards the side of visual indicator 114 which only includes green portion 114a can activate only the light sources 106 which produce green light, thereby activating decorative lighting apparatus 100 to emit and project only green light.

Light sensor 116 can also control the operation of decorative lighting apparatus 100 in conjunction with switch 108. According to certain embodiments of the present invention, light sensor 116 measures the ambient light present and can control whether light sources 106 are on or off. For example, assuming that switch 108 is in one of the two operating modes described above, light sensor may turn the appropriate light sources 106 on or off depending on the level of ambient light measured by light sensor 116. During the day, when light sensor 116 measures a level ambient light above a certain predetermined threshold, light sensor 116 may turn light sources 106 off, regardless of the position of switch 108. When the level of ambient light measured by light sensor 116 drops below the predetermined threshold (e.g., as it becomes night), light sensors 116 may allow light sources 106 to operate as dictated by switch 108. Accordingly, the

US 9,546,775 B1

7

operation of light sensor **116** can extend the lifetime of decorative lighting apparatus **100**, prevent overheating of decorative lighting apparatus **100**, and provide energy savings by ensuring that decorative lighting apparatus **100** is not operating continuously during high levels of ambient light when the light emitted and projected by decorative lighting apparatus **100** may be difficult to see in any event.

As shown in FIG. **5**A, according to certain embodiments of the present invention, decorative lighting apparatus **100** may also include a motion switch **118**. Similar to switch **108**, motion switch **118** may also be disposed on a body portion of body **102** to enable a user to easily access switch **118**, especially while decorative lighting apparatus **100** is positioned in use where access to other portions of decorative lighting apparatus **100** may be hindered or difficult. Motion switch **118** may also optionally include weather-proofing elements to protect motion switch **118**, as well as other internal components of decorative lighting apparatus **100**, from the exterior environment, including weather. For example, weather-proofing elements for motion switch **118** may include rubber, plastic, and/or other sealing elements to make it substantially waterproof, dirt-proof, and the like.

As noted above, motion switch **118** may control any visual and/or optical effect that can be produced by decorative lighting apparatus **100**, such as a motion, modulation, or articulation of the light produced by light source(s) **106**. For example, motion switch **118** may turn on and off the various visual and/or optical effects produced by decorative lighting apparatus **100**, such as pulsing light sources **106**, activating the colored lights being produced by light sources **106** in a pattern (e.g., first red, then green, then red, the together, etc.), moving the light being emitted and projected by decorative lighting apparatus **100**. Moving the light being emitted and projected by decorative lighting apparatus **100** may be achieved by moving a reflective element within decorative lighting apparatus **100** so that the light projected by decorative lighting apparatus **100** on a target surface moves.

FIG. **5**B shows an exploded view of motion assembly **500** according to an embodiment of the present invention. According to an embodiment, motion assembly **500** may enable the movement, modulation, and/or articulation of the light which is controlled by motion switch **118**. As shown in FIG. **5**B, according to an embodiment of the present invention, motion assembly **500** may include a motor **502**, a connecting shaft **504**, gears **506** and **508**, articulating optical elements **510**, articulating covers **512**, a fixed optical elements seat **514**, fixed optical elements **516**, and fixed covers **518**. Articulating optical elements **510** and/or fixed optical elements **516** may include attenuators as described herein and may be disposed in gears **508** or fixed optical elements seat **514** and secured via articulating covers **512** or fixed covers **512**. Motion assembly **500** may include an articulating optical element **510** and a fixed optical element **516** for each light source **106** and may include any type of optical component, such as a lens, a diffracting element, an attenuator, etc., and may be disposed within a recess of gears **508** and fixed optical elements seat **514** and secured via articulating covers **512** and fixed covers **518**, respectively. Motion switch **118** may control activation of motor **502**. Once activated, motor **502** may drive gear **506**. For example, motor **502** may provide a rotating or oscillating motion which may be transferred via a linkage, such as connecting shaft **504**, to gear **506**. The rotating or oscillating motion provided by motor **502** may rotate or oscillate gear **506**, which may in turn rotate or oscillate gears **508**. As shown in FIG. **5**B, articulating optical elements **510** may be secured

8

within recesses of gears **508**. Alternatively, articulating optical elements **510** may be secured on a separate component which may be coupled to gears **506** and/or **508** and thereby articulated via the coupling mechanism to gears **506** and/or **508**. Accordingly, optical elements **510** may then be rotated or oscillated in accordance with the rotating and/or oscillating motion of gears **508**.

In operation, when light sources **106** can be turned on via switch **108**, and the motion, movement, modulation, and/or articulation or the light is activated via motion switch **118**. Once light sources **106** are turned on, the light generated by light sources **106** passes through articulating optical elements **510**, which are driven by motor **502**. Accordingly, as the light passes through articulating optical elements **510**, the light is articulated, in accordance with the motion provided by motor **502**, on the surface onto which decorative lighting apparatus **100** is projecting the light. For example, if the light is being projected on a wall, the articulation of the articulating optical elements **510** may cause the light to move across the surface of the wall.

Further, motion assembly **500** may be specifically designed to obtain a desired patterned or choreographed movement of the light across the surface. According to an embodiment, the design of articulating optical elements **510** and the motion generated by motor **502** may be specifically selected to obtain a desired pattern in which the light moves across the surface onto which it is being projected. According to an embodiment, motion assembly **500** may be configured such that the light that is projected from each light source **106** moves across the surface onto which it is being projected in a pattern similar to exploding fireworks. For example, motion assembly **500** may be designed such that the light comes together and then "explodes" into a large number of individual points of light on the surface onto which the light is being projected. Additionally, motion assembly **500** may be designed such that this pattern of exploding fireworks may be repeated. Motion assembly **500** may be configured such that the light moves across the surface onto which it is being projected in various other patterns. For example, the light may rotate in a circular manner, the light may oscillate linearly or rotationally about an axis, the light may spiral, etc. on the surface on which the light is being projected. Further, articulating optical elements **510** and/or fixed optical elements **516** may include optical features to scatter, or create other patterns in the light being projected (e.g., a star pattern, a character pattern—a snowman, Santa Claus, a reindeer, etc.).

FIG. **6**A shows an exploded view of attenuator assembly **620** of decorative lighting apparatus **100** according to certain embodiments of the present invention. As shown in FIG. **6**A, attenuator assembly **620** includes attenuator lower housing **602**, attenuator lower base **604**, attenuators **606**, attenuator upper base **608**, attenuator upper housing **610**, and fastening elements **612** and **614**. Attenuator assembly **620** positions and secures attenuator **606** in the path of the light generated by light source **106** within body **102** of decorative lighting apparatus **100**. According to some embodiments of the present invention, optical elements **510** and/or fixed optical elements **516** shown in FIG. **5**B may include attenuator **606**, and attenuator assembly **620** may be used in conjunction with motion assembly **500**, as shown and described with respect to FIG. **5**B. Although FIG. **6**A shows decorative lighting apparatus **100** only having two attenuators **606**, decorative lighting apparatus **100** preferably includes an attenuator **606** for each light source **106** included in decorative lighting apparatus **100**. Thus, if decorative lighting apparatus **100** were to include five light sources **106**, deco-

9

rative lighting apparatus **100** would preferably include five attenuators **606**. Accordingly, embodiments of the present invention contemplate modifications to attenuator assembly **620** shown in FIG. **6**A to accommodate any number of attenuators **606** that may be required in view of the number of light sources **106** employed by decorative lighting apparatus **100**.

According to certain embodiments of the present invention, attenuators **606** can include any type of attenuating device to be placed in the path of the light generated by light sources **106**. For example, attenuator **606** can include an opening/slit or a lens to diffract and/or scatter the light produced by light source **106**. Alternatively, attenuators can include an optical attenuator (e.g., fixed, variable, etc.) to reduce the power of the light produced by light sources **106**. Attenuators may be necessary where light sources **106** include lasers since lasers can be dangerous and can cause damage to eyesight. Although attenuator **606** is shown to be substantially square attenuator **606** may be any shape, such as a circle, rectangle, triangle, hexagon, octagon, or any other shape. FIG. **6**B shows an exemplary scatter pattern **690** that may be employed by attenuator **606**. Attenuator **606** is not limited to the scatter pattern **690** shown in FIG. **6**B. Attenuator **606** may include any scattering or attenuating elements therein.

As shown in FIG. **6**A, attenuator assembly **620** includes attenuator **606** disposed between upper and lower attenuator bases **604** and **608**, which is disposed between upper and lower attenuator housings **602** and **610**. Upper and lower attenuator bases **604** and **608** can include complementary designs and, when coupled together, preferably form a recess shaped and configured to receive attenuator **606** such that attenuator **606** is held in a substantially fixed position. Similarly, upper and lower attenuator housings **602** and **610** can include complementary designs and preferably include a recess, when coupled together, shaped and configured to receive the assembled upper and lower attenuator bases **604** and **608** such that the assembled upper and lower attenuator bases **604** and **608** are held in a substantially fixed position. The assembled attenuator assembly **620** can be held together and mounted within housing **112** by fastening devices **612** and **614**. Although fastening devices **612** and **614** are shown as screws, fastening devices **612** and **614** may include any type of mechanism that can hold attenuator assembly **620** together and/or mount attenuator assembly **620** within housing **112** of body **102**, such as snap-fits, adhesives, glue, screws, bolts, Velcro, hinges or any other fastening mechanisms. Accordingly, fastening devices **612** and **614** can secure attenuator assembly **620** together and position attenuator **606** in the path of the light generated by light sources **106**.

According to certain embodiments of the present invention, decorative lighting apparatus **100** may include an anti-theft device. For example, decorative lighting apparatus **100** may include an anti-theft device that includes a proximity sensor disposed within decorative lighting apparatus **100** and a base unit that may be disposed in a secure location, such as inside a home. The anti-theft device may be configured that the proximity sensor disposed within decorative lighting apparatus **100** and the base unit must remain within a certain distance to each other for decorative lighting apparatus **100** to be operable. If the distance between the proximity sensor with decorative lighting apparatus **100** and the base unit exceeds a certain threshold distance (e.g., if decorative lighting apparatus **100** had been placed outside and is stolen and removed from the premises), anti-theft device preferably renders decorative lighting apparatus **100**

10

inoperable. Alternatively or additionally, once the anti-theft device is activated, decorative lighting apparatus **100** may also include an audio and/or visual alerting mechanism, such as flashing lights, emitting a sound, etc. The anti-theft device may include other features, such as a key-pad to enable utilizing a security code, a biometric sensor, a motion sensor, etc.

According to yet another embodiment of the present invention, decorative lighting apparatus **100** may include a solar power module configured to power decorative lighting apparatus **100**. For example, decorative lighting apparatus **100** may include solar panels, such as photovoltaic panels, which can convert solar energy into electricity and store the electricity in a storage medium, such as batteries or capacitors, which can then be used to power decorative lighting apparatus **100**. This can remove the need for decorative lighting apparatus **100** to be connected to an external power supply by, for example, having to run extension cords to the location of decorative lighting apparatus **100**. Accordingly, this can enable decorative lighting apparatus **100** to be more easily placed and positioned in virtually any location.

The embodiments and examples shown above are illustrative, and many variations can be introduced to them without departing from the spirit of the disclosure or from the scope of the appended claims. For example, elements and/or features of different illustrative and exemplary embodiments herein may be combined with each other and/or substituted with each other within the scope of the disclosure. For a better understanding of the disclosure, reference may be had to the accompanying drawings and descriptive matter in which there is illustrated exemplary embodiments of the present invention.

What is claimed is:

**1**. A laser light decorative lighting apparatus, comprising:
a first laser light source generating a first light;
a second laser light source generating a second light; and
a motion assembly including:
   at least one articulating optical element disposed in a first path of the first light being generated by the first laser light source and a second path of the second light being generated by the second laser light source; and
   at least one motor coupled to the at least one articulating element such that a movement generated by the motor drives the at least one articulating optical element,
   the motion assembly being configured such that the movement driving the articulating optical element by the motor causes the first light and the second light to move across a surface onto which the first light and the second light are being projected in a predetermined pattern.

**2**. The laser light decorative lighting apparatus of claim **1**, on the surface onto which the light is projected, the pattern includes an exploding firework pattern.

**3**. The laser light decorative lighting apparatus of claim **1**, wherein on the surface onto which the light is projected, the pattern includes the first light coming together to a common point and separating into a plurality of discrete points of light and the second light coming together to a common point and separating into a plurality of discrete points of light.

**4**. The laser light decorative lighting apparatus of claim **1**, wherein the pattern includes a repeating pattern.

**5**. A laser light decorative lighting apparatus, comprising:
a first laser light source generating a first light having a first color;

US 9,546,775 B1

**11**

a second laser light source generating a second light having a second color,

a switch including a first setting corresponding to the first light source and the second light source being in an off condition, and a second setting corresponding to the first light source and the second light source being in an on condition; and

a motion assembly, the motion assembly including:

an articulating element configured to secure at least one optical element in at least one of a first path of the first light being generated by the first laser light source and a second path of the second light being generated by the second laser light source; and

a motor coupled to the articulating element such that a movement generated by the motor is imparted to the optical element so that the at least one of the first light and the second light passing through the at least one optical element is articulated as it is projected onto a surface.

**6**. The laser light decorative lighting apparatus of claim **5**, wherein the switch is substantially weather-proofed.

**7**. The laser light decorative lighting apparatus of claim **5**, further comprising a light sensor configured to measure a level of ambient light.

**8**. The laser light decorative lighting apparatus of claim **7**, wherein an operation of at least one of the first light source and the second light source is based on the measured level of ambient light by the light sensor.

**9**. The laser light decorative lighting apparatus of claim **5**, further comprising a mounting element removably coupled to the lighting apparatus.

**10**. The decorative lighting apparatus of claim **5**, further comprising an adjustment mechanism enabling adjustment of the laser light decorative lighting apparatus relative to the mounting element.

**11**. The decorative lighting apparatus of claim **5**, wherein the switch includes a third setting corresponding to the first light source being in an on condition and the second light source being in an off condition.

**12**. The decorative lighting apparatus of claim **5**, wherein the switch is disposed on a top portion of the decorative lighting apparatus.

**13**. The decorative lighting apparatus of claim **5**, further comprising a visual indicator corresponding to an operation of the switch.

**14**. The decorative lighting apparatus of claim **5**, wherein articulation of the light passing through the at least one optical element includes at least one of a movement and a modulation of the light.

**15**. A laser light decorative lighting apparatus, comprising:

a first laser light source generating a first light having a first color;

a second laser light source generating a second light having a second color,

**12**

a switch including a first setting corresponding to the first light source and the second light source being in an off condition, and a second setting corresponding to the first light source and the second light source being in an on condition; and

an attenuation assembly including:

at least one attenuator; and

a first member coupled to a second member, the first member and the second member forming at least one recess designed and dimensioned to receive and hold the at least one attenuator in at least one of a first path of the first light being generated by the first laser light source and a second path of the second light being generated by the second laser light source, such that the at least one attenuator scatters the at least one of the first light and the second light passing through the at least one attenuator as it is projected onto a surface.

**16**. The laser light decorative lighting apparatus of claim **15**, further comprising a motion assembly, the motion assembly including a motor and being configured such that a movement generated by the motor is imparted to the at least one attenuator so that the at least one of the first light and the second light passing through the at least one attenuator is articulated as it is projected onto a surface.

**17**. The decorative lighting apparatus of claim **16**, wherein articulation of the light passing through the at least one optical element includes at least one of a movement and a modulation of the light.

**18**. The laser light decorative lighting apparatus of claim **15**, wherein the switch is substantially weather-proofed.

**19**. The laser light decorative lighting apparatus of claim **15**, further comprising a light sensor configured to measure a level of ambient light.

**20**. The laser light decorative lighting apparatus of claim **19**, wherein an operation of at least one of the first light source and the second light source is based on the measured level of ambient light by the light sensor.

**21**. The laser light decorative lighting apparatus of claim **15**, further comprising a mounting element removably coupled to the lighting apparatus.

**22**. The decorative lighting apparatus of claim **15**, further comprising an adjustment mechanism enabling adjustment of the laser light decorative lighting apparatus relative to the mounting element.

**23**. The decorative lighting apparatus of claim **15**, wherein the switch includes a third setting corresponding to the first light source being in an on condition and the second light source being in an off condition.

**24**. The decorative lighting apparatus of claim **15**, wherein the switch is disposed on a top portion of the decorative lighting apparatus.

**25**. The decorative lighting apparatus of claim **15**, further comprising a visual indicator corresponding to an operation of the switch.

\* \* \* \* \*